**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Steve Eric KEY, a.k.a. Seal A,
Defendant–Appellant.**

**No. 10–50325.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 19, 2011.*

Filed Dec. 21, 2011.

Derik T. Fettig, Assistant U.S. Attorney, Michael J. Raphael, Esquire, Assistant U.S. Attorney, Nancy Spiegel, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Steve Eric Key, Coleman, FL, pro se.

Michael Tanaka, Deputy Federal Public Defender, Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

MEMORANDUM **

Steve Eric Key appeals from the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

(1967), Key's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record.

In his pro se supplemental brief, Key challenges his career offender status and alleges procedural errors at the original sentencing.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** Key's pro se motion for new counsel is **DENIED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.